# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TATE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:14-cv-00159 - LJO - JLT <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE MATTER AS TO THE MINOR CHILDREN FOR LACK OF CAPACITY <br><br> (Doc. 19) |

On May 7, 2014, the Magistrate Judge determined Plaintiffs Allen Tate and Maryn Tate lack the authority to act for the minor children in this action, and lack authority to dismiss the claims of the children. (Doc. 19.) Because Plaintiffs did not identify anyone willing to act as a guardian ad litem, the Magistrate Judge recommended the claims of D.T., K.T., and M.T., be dismissed without prejudice. (Id. at 4.)

The parties were granted fourteen days to file objections to the Findings and Recommendations. (Doc. 19 at 4.) Although the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order," (id. at 5, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)), no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the action. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated May 7, 2014 (Doc. 19) are **ADOPTED IN FULL**; and

2. The claims of D.T., K.T., and M.T. are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**
**Dated: May 29, 2014**

<u>/s/ Lawrence J. O'Neill</u>
**United States District Judge**