1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **EASTERN DISTRICT OF CALIFORNIA**

10

11   ALLEN TATE, et al.,                              )  Case No.: 1:14-cv-00159 - LJO - JLT
                                                      )
12                 Plaintiffs,                        )  ORDER GRANTING STIPULATION TO AMEND
                                                      )  THE SCHEDULING ORDER RE: AMENDED
13          v.                                        )  COMPLAINT
                                                      )
14   COUNTY OF KERN, et al.,                          )
                                                      )  (Doc. 26)
15                 Defendants.                        )
                                                      )
16   _____        )

17          Before the Court is the stipulation of the parties to allow Plaintiffs to file an amended

18   complaint to name Jill Christopher as a defendant in this matter.  (Doc. 26)  Counsel agree that

19   Plaintiffs may file the amended complaint related to Ms. Christopher no later than October 31, 2014.

20   Id. at 2.  Likewise, counsel agree that such an amendment may be filed ex parte.  Id.  However, they

21   offer no justification explaining why such an amendment should be filed without notice to the parties

22   or how this would or could occur, given that the Court's electronic filing system which automatically

23   e-serves all filed documents to all parties.  Likewise, they fail to explain how the parties may

24   "reserv[e] and not hereby waiv[e] any arguments and/or objections" but also require them to file a

25   non-opposition to the amended complaint.  Id. at 2, 3.  Thus, doing its best to construe the parties'

26   intent, the Court **ORDERS**:

27          1.      The scheduling conference order (Doc. 22) is amended to allow Plaintiffs until October

28   31, 2014 to file a motion to amend the complaint related to Jill Christopher or to file a stipulation to

                                                      1

1  file an amended complaint related to Jill Christopher.

2

3  IT IS SO ORDERED.

4      Dated:    **September 8, 2014**              **/s/ Jennifer L. Thurston**
5                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28