# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TATE, et al., </br></br>　　　　　Plaintiffs, </br></br>　　v. </br></br>COUNTY OF KERN, et al., </br></br>　　　　　Defendants. | Case No.: 1:14-cv-00159 - LJO - JLT </br></br> ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT </br></br> (Doc. 32) |

Before the Court is the stipulation of the parties to allow Plaintiffs to file a first amended complaint to name an additional a defendant in this matter. (Doc. 32) Defendants agree that Plaintiffs may file the amended complaint related to the new defendant.[1] (Docs. 27, 32) Thus, the Court **ORDERS**:

　　1.　　The stipulation allowing Plaintiffs to file their first amended complaint is **GRANTED.**

IT IS SO ORDERED.

　　Dated:　**October 14, 2014**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Inexplicably, Plaintiffs have filed the amended complaint without awaiting the Court's authorization to do so. Because filing an amended complaint without leave of the Court in this case is so clearly a violation of Rule 15, the Court presumes this premature and unauthorized filing was inadvertent. Future lack of observance of the Rules of Civil Procedure will not be met with the same tolerance.