ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.      CSB# 270694
LAW OFFICE OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TATE and MARYN TATE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, SUSAN RUTLEDGE, MARLENE HERNANDEZ, KRISTY POWERS-STACY, SHIELA MUNIS and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV14-00159 LJO (JLT)<br><br>**ORDER DISMISSING CASE BASED UPON STIPULATION OF ALL PARTIES** |

   Based on the stipulation of the parties submitted December 1, 2014, and good cause

appearing therefore, the Court hereby adopts the stipulation of the parties and makes the same

the order of this Court:

//

//

//

---

1

Order Granting Stipulation for Dismissal
Tate v. County of Kern, et al.
U.S. Eastern District Court
Case No. CV14-00159 LJO (JLT)

1.  Plaintiffs' claims against Defendants COUNTY OF KERN, SUSAN RUTLEDGE, MARLENE HERNANDEZ, KRISTY POWERS-STACY, SHIELA MUNIS, and JILL CHRISTOPHER are hereby dismissed, with prejudice, with each party to bear his or her own costs and attorneys' fees.

2.  The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated:   **December 1, 2014**               /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

2

Order Granting Stipulation for Dismissal
Tate v. County of Kern, et al.
U.S. Eastern District Court
Case No. CV14-00159 LJO (JLT)